**Order filed May 24, 2012.**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-11-00627-CV**

_____

**IN THE MATTER OF T.T.L., a Child**

**On Appeal from the County Court at Law
Waller County, Texas
Trial Court Cause No. JV08-17**

## O R D E R

Appellant's brief was due **April 17, 2012.** No brief or motion for extension of time has been filed.

Unless appellant submits his brief, and a motion reasonably explaining why the brief was late, to the clerk of this court on or before **June 25, 2012**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM